APPEAL No. 75-209. SIMONE M. PLOUFFE *et al. v.* GOODYEAR TIRE & RUBBER Co. *et al.* Motion of defendants Goodyear Tire & Rubber Co. and Chrysler Motor Corporation to dismiss the appeal is granted unless the plaintiffs file their brief within 15 days from the date of this order. Doris, J. not participating. *Gladstone & Zarlenga, B. Lucius Zarlenga,* for plaintiffs. *Hinckley, Allen, Salisbury & Parsons, Robert W. Lovegreen,* for defendants.

December 15, 1975.

M. P. No. 75-245. STATE *v.* EARL RANDOLPH DICKERSON. The State has moved for the withdrawal or dismissal of a question certified by the District Court, Sixth Division. A reading of the record indicates that the question can be decided by reference to Dist. R. Crim. P. 17 and that no certification is necessary. Accordingly, the papers are remitted to the District Court, Sixth Division, for further proceedings. Doris, J. not participating. *Julius C. Michaelson,* Attorney General, *William Granfield Brody,* Special Asst. Attorney General, for plaintiff. *Robert B. Mann,* for defendant.

M. P. No. 75-266. DR. THERESA E. TRIFARI *et al. v.* EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF PROVIDENCE *et al.* Petition for writ of certiorari is denied without prejudice to renew the question involved at some later time. Doris J. not participating. *Richard G. Gelineau,* for petitioners. *Louis A. Mascia,* City Solicitor, for respondents.

M. P. No. 75-290. STATE *v.* EUGENE S. FOUNTAIN *et al.* The instant case is consolidated for the filing of briefs and hearing with the cases of *Massey* v. *Mullen,* No. 75-137-M.P. and *DiMasi* v. *Mullen,* No. 75-276-M.P. Doris, J. not participating. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff-respondent. *Raymond J. Daniels,* for defendant-petitioner.